STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR00-00051 |
| | ) | |
| Plaintiff, | ) | INFORMATION |
| | ) | |
| vs. | ) | [8 U.S.C. § 1325(a)(3)] |
| | ) | |
| AKEMI HOSONO,         (1) | ) | |
| KAORI ISHINO,         (2) | ) | |
| YUKAKO ABE,           (3) | ) | |
| MISAKI NATSUHORI,     (4) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

INFORMATION

Count 1

The United States Attorney charges:

On or about December 13, 1999, in the District of Hawaii, the defendant, AKEMI HOSONO, entered the United States by a willfully false and misleading statement and the willful concealment of a material fact:  that is, in filling out an I-94W Nonimmigrant Visa Waiver Arrival/Departure Form she checked "No" in response to the question, "Are you seeking to work in the

U.S.," in violation of Title 8, United States Code, Section 1325(a)(3).

## Count 2

The United States Attorney further charges:

On or about December 13, 1999, in the District of Hawaii, the defendant, KAORI ISHINO, entered the United States by a willfully false and misleading statement and the willful concealment of a material fact:  that is, in filling out an I-94W Nonimmigrant Visa Waiver Arrival/Departure Form she checked "No" in response to the question, "Are you seeking to work in the U.S.," in violation of Title 8, United States Code, Section 1325(a)(3).

## Count 3

The United States Attorney further charges:

On or about January 14, 2000, in the District of Hawaii, the defendant, YUKAKO ABE, entered the United States by a willfully false and misleading statement and the willful concealment of a material fact:  that is, in filling out an I-94W Nonimmigrant Visa Waiver Arrival/Departure Form she checked "No" in response to the question, "Are you seeking to work in the U.S.," in violation of Title 8, United States Code, Section 1325(a)(3).

## COUNT 4

The United States Attorney further charges:

On or about January 14, 2000, in the District of Hawaii, the defendant, MISAKI NATSUHORI, entered the United

States by a willfully false and misleading statement and the willful concealment of a material fact: that is, in filling out an I-94W Nonimmigrant Visa Waiver Arrival/Departure Form she checked "No" in response to the question, "Are you seeking to work in the U.S.," in violation of Title 8, United States Code, Section 1325(a)(3).

DATED:  Honolulu, Hawaii, February 3, 2000.

_____
STEVEN S. ALM
United States Attorney

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
OMER G. POIRIER
Assistant U.S. Attorney

UNITED STATES OF AMERICA VS. AKEMI HOSONO, ET.AL.
"Information"

3